

# THE THIRTEENTH COURT OF APPEALS

### 13-18-00046-CR

Marlin Wayne Webb
v.
The State of Texas

On appeal from the
361st District Court of Brazos County, Texas
Trial Cause No. 18633-361

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

April 11, 2019